**COM.**

v.

**PEARCE, J., III**

**773 MDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–40–CR–0002268–2013 (Luzerne)

Affirmed

■

**COM.**

v.

**ASHFORD, O., Jr.**

**824 MDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–67–CR–0000864–2015 (York)

Vacated

**COM.**

v.

**BYNUM, M.**

**949 MDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CI–14–10545 (PFA) 16–0057 (ICC)
(Lancaster)

Affirmed

**COM.**

v.

**STEELE, C.**

**1016 MDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–21–CR–0002244–2015
(Cumberland)

Affirmed

■

**COM.**

v.

**JACKSON, A.**

**1195 MDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–67–CR–0003015–1995
(York)

Affirmed—Application to Withdraw as
Counsel Granted